# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02867-JLK

SAM PILL,
MARILYN PILL, and
DAVID PILL, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

  v.

PENFORD CORPORATION, a Washington Corporation
THOMAS D. MALKOSKI,
PAUL H. HATFIELD,
EVAN BEHRENS,
WILLIAM E. BUCHHOLZ,
R. RANDOLPH DEVENING,
JOHN C. HUNTER III,
SALLY G. NARODICK,
EDWARD F. RYAN,
JAMES E. WARJONE,
MATTHEW M. ZELL,
JEFFREY T. COOK,
INGREDION INCORPORATED, a Delaware Corporation, and
PROSPECT SUB, INC., a Washington Corporation,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE, plaintiffs Sam Pill, Marilyn Pill and David Pill filed this action on behalf of all other similarly-situated shareholders. No defendant has answered or filed for summary judgment, and a class has not been certified. Therefore, pursuant to Fed F. Civ. P. 41(a)(1)(A)(i), plaintiffs hereby dismiss their claims against all defendants and do so without an order of the Court.

Dated:  October 24, 2014         DYER & BERENS LLP

 s/ Jeffrey A. Berens_____
Robert J. Dyer III
Jeffrey A. Berens
303 East 17th Avenue, Suite 810
Denver, CO  80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: bob@dyerberens.com
Email: jeff@dyerberens.com

WOLF POPPER LLP
Carl L. Stine
Roy Herrera Jr.
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
FAX:  (212) 486-2093
Email: cstine@wolfpopper.com
Email: rherrera@wolfpopper.com

*Attorneys  for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

                                              s/ Jeffrey A. Berens
                                              Jeffrey A. Berens
                                              Attorney for Plaintiffs
                                              DYER & BERENS LLP
                                              303 East 17th Avenue, Suite 810
                                              Denver, CO 80203
                                              Telephone: (303) 861-1764
                                              FAX: (303) 395-0393
                                              Email: jeff@dyerberens.com